UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Cr. No. 07-409 |
| LINDA MCCLAFFERTY, | ) |
| Defendant, | ) |
| METLIFE BANK,<br>and its successors and assigns, | ) |
| Garnishee | ) |

## **FINAL ORDER OF GARNISHMENT**

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment direction to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of investment accounts.

The Defendant was served with a copy of the Writ of Garnishment and notified of her right to a hearing. The Defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the Defendant, the Answer of the Garnishee, and noting that the Defendant has not exercised her right to request a hearing now finds that the entry of the final order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee pay to Plaintiff, United States of America, from the defendant's non-exempt property, the amount of $25,000.00.

IT IS FURTHER ORDERED that this sum is to be applied upon the judgment entered in Criminal Case Number 07-409 on January 9, 2009. Checks must include "Cr. No. 07-409" in the lower left corner and be made payable to the "**CLERK OF COURT**" and mailed to:

Clerk of Court
P.O. Box 1805
Pittsburgh, PA 15230

This  5th  day of  July , 11 .

United States District Judge