UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| v. | ) Cr. No. 07-409 |
| LINDA MCCLAFFERTY, | ) ) ) ) |
| Defendant, | ) ) |
| BANK OF AMERICA, and its successors and assigns, | ) ) ) |
| Garnishee | ) ) |

**ORDER**

AND NOW, to wit, this 22 day of Aug, 2011, upon consideration of the Motion to Dismiss Writ of Garnishment filed by Plaintiff, the United States of America, it is ORDERED that said Motion is GRANTED, and the Writ of Garnishment issued to Bank of America is hereby dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE